AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

**FILED**

**May 12, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.  CR26-5004-1 BHS<br><br>**1:26-mj-00052-EPG** |
| RAFAEL CASTILLO | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RAFAEL CASTILLO                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Attempted Possession with Intent to Distribute Controlled Substances  21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846
Attempted Possession with Intent to Distribute Controlled Substances  21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846
Attempted Possession with Intent to Distribute Controlled Substances  21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846
Possession of a Controlled Substance with Intent to Distribute 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2

Date:      01/14/2026

_____
*Issuing officer's signature*

City and state:     Seattle, Washington

T. Hickman
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

January 14, 2026

JOSHUA C. LEWIS, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL CASTILLO and<br><br>ERIKA ROBERTS,<br><br>Defendants. | NO.  CR26-5004 BHS<br><br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Attempted Possession with Intent to Distribute Controlled Substances)**

On or about January 31, 2024, in Pierce County, within the Western District of Washington, and elsewhere, RAFAEL CASTILLO did knowingly and intentionally attempt to possess, with the intent to distribute, a mixture or substance containing a detectable amount of gamma butyrolactone ("GBL"), a controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), knowing that the substance was

Indictment - 1
*United States v. Castillo, et. al.*
USAO No. 2024R00189

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3809

intended for human consumption, as provided in Title 21, United States Code, Section 813.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

**(Attempted Possession with Intent to Distribute Controlled Substances)**

On or about February 7, 2024, in Pierce County, within the Western District of Washington, and elsewhere, RAFAEL CASTILLO did knowingly and intentionally attempt to possess, with the intent to distribute, a mixture or substance containing a detectable amount of gamma butyrolactone ("GBL"), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 3

**(Attempted Possession with Intent to Distribute Controlled Substances)**

On or about March 12, 2024, in Pierce County, within the Western District of Washington, and elsewhere, RAFAEL CASTILLO did knowingly and intentionally attempt to possess, with the intent to distribute, a mixture or substance containing a detectable amount of gamma butyrolactone ("GBL"), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

Indictment - 2
*United States v. Castillo, et. al.*
USAO No. 2024R00189

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3809

## COUNT 4

### (Possession of a Controlled Substance with Intent to Distribute)

On or about July 11, 2024, in Pierce County, within the Western District of Washington, and elsewhere, RAFAEL CASTILLO and ERIKA ROBERTS did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances including: methamphetamine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1–4, RAFAEL CASTILLO and ERIKA ROBERTS shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to, the following property seized on or about July 11, 2024, from 815 S Howard Apt A, Tacoma, WA:

    a.  one Glock 30 firearm, SN TMV278;

    b.  one Glock 30 magazine; and

    c.  nine .45 cal. rounds of ammunition.

//

//

Indictment - 3
*United States v. Castillo, et. al.*
USAO No. 2024R00189

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3809

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided

        without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 1/14/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

CHARLES NEIL FLOYD
United States Attorney

_____

AMY JAQUETTE
Assistant United States Attorney

_____

CRYSTAL C. CORREA
Assistant United States Attorney

Indictment - 4
*United States v. Castillo, et. al.*
USAO No. 2024R00189

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3809